UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

LUCKY GIRL BREWING COMPANY –
CROSS ROADS, LLC, a Michigan limited
liability company,

                   Plaintiff,

v

LR WINDSOR, INC., an Illinois
Corporation, and SENTINEL INSURANCE
COMPANY, LTD., a Connecticut corporation,

                   Defendants.

Case No.: 24-cv-140
HON.

---

MARY A. MAHONEY (P41568)
SARA GORMAN RAJAN (P66203)
BROWN BORKOWSKI & MORROW
Attorney for Plaintiff
37887 West Twelve Mile Road
Farmington Hills, MI 48331
(248)987-4040
mmahoney@bbmlawpc.com
srajan@bbmlawpc.com

GREGORY I. THOMAS (P32488)
DICKIE MCCAMEY & CHILCOTE
Attorneys for LR Windsor, Inc.
89 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI 48236
(313) 308-2040
gthomas@dmclaw.com

MICHAEL T. SMALL (P33650)
HARVEY KRUSE, P.C.
Attorneys for Defendant Sentinel
3210 Eagle Run Drive NE, Suite 204
Grand Rapids, MI 49525
(616) 771-0050
msmall@harveykruse.com
jschafer@harveykruse.com

---

## DEFENDANT'S NOTICE OF REMOVAL

Sentinel Insurance Company, ("Sentinel") through its counsel and pursuant to 28 USC § 1332 and § 1441, hereby serves this Notice for Removal of the present action from the Van Buren County Circuit Court, Michigan, to this Court. Sentinel states in support of its Notice of Removal as follows:

1. On January 16, 2024, Plaintiff Lucky Girl Brewing Company – Crossroads, LLC ("Lucky Girl") served a Complaint against Sentinel in the Circuit Court for the County of Van Buren, State of Michigan, bearing case No. 23-073452-CZ (the "Action").

2.    In the Action, Lucky Girl contends that Sentinel breached its insurance contract with Lucky Girl by failing to pay the amounts claimed for damages allegedly caused by fire to a building and contents at 34016 M-43 in Paw Paw, Michigan.  (**Exhibit 1**: Plaintiff's Complaint).

3.    Lucky Girl claims damages of well over $100,000 against Sentinel for damages Lucky Girl claims resulted from Sentinel's refusal to pay the total amounts claimed to be owed to Lucky Girl under Policy No.:  83 SBA NX6906 DV.

4.    Accordingly, Lucky Girl's damage claims and the amount in controversy in the action exceed $75,000.

5.    Lucky Girl is a Michigan limited liability company with its principal place of business in Paw Paw, Michigan.  (Exhibit 1).

6.    Sentinel is a Connecticut corporation with its principal place of business in Hartford, Connecticut.

7.    28 U.S.C. § 1332(a) provides that district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different states.

8.    28 U.S.C. § 1332(c)(3) confers jurisdiction upon this court for lawsuits between citizens different states and in which citizens of foreign states are additional parties.

9.    28 U.S.C. § 1441(a) provides in relevant part that any action brought in a state court of which the District Court of the United States may have original jurisdiction, may be removed by the defendant to the District Court of the United States for the district and division embracing the place where such action is pending.

10.    Complete diversity of citizenship exists between the parties and the amount in controversy between the parties is well in excess of $75,000.

2

11.    Accordingly, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), removal of this action to this Court is statutorily authorized and appropriate.

12.    Consistent with 28 U.S.C. § 1446(d), Sentinel has given written notice of the filing of this Notice of Removal to Plaintiff and has filed a copy of this Notice of Removal with the Clerk of the Circuit for the County of Van Buren.

WHEREFORE, Sentinel respectfully request removal of this case to the United States District Court for the Western District of Michigan.

Respectfully submitted,

Dated:  February 12, 2024

HARVEY KRUSE, P.C.
Attorneys for Defendant

By _____
Michael T. Small (P33650)
3210 Eagle Run Drive NE, Suite 204
Grand Rapids, MI 49525
(616) 771-0050

## CERTIFICATE OF SERVICE

Julie Schafer certifies that on February 12, 2024, I caused a copy of the following documents:

1.    Defendant's Notice of Removal;
2.    Notice to Van Buren County Circuit Court of Removal to the United States District Court; and Certificate of Service

to be served upon the individuals listed below, by email and regular first-class mail, postage prepaid, addressed as follows:

Mary A. Mahoney
Sara Gorman Rajan
Brown Borkowski & Morrow
37887 West Twelve Mile Road
Farmington Hills, MI 48331
mmahoney@bbmlawpc.com
srajan@bbmlawpc.com

Gregory I. Thomas
Dickie Mccamey & Chilcote
89 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI 48236
gthomas@dmclaw.com

and I caused a copy of the Notice to Van Buren County Circuit Court of Removal to the United States District Court to be filed with the Clerk of the Van Buren County Circuit Court by way of the United States Postal Service.

3

Dated: February 12, 2024

Respectfully submitted,
HARVEY KRUSE, P.C.

By: */s/ Julie Schafer*
Julie Schafer
3210 Eagle Run Drive NE, Suite 204
Grand Rapids, MI 49525
(616) 771-0050

4

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF VAN BUREN

LUCKY GIRL BREWING COMPANY –
CROSS ROADS, LLC, a Michigan limited
liability company,

2023-073452-CZ
HON. David DiStefano

Plaintiff,

v

LR WINDSOR, INC., an Illinois
Corporation, and SENTINEL INSURANCE
COMPANY, LTD., a Connecticut corporation,

Defendants.

MARY A. MAHONEY (P41568)
SARA GORMAN RAJAN (P66203)
BROWN BORKOWSKI & MORROW
Attorney for Plaintiff
37887 West Twelve Mile Road
Farmington Hills, MI 48331
(248)987-4040
mmahoney@bbmlawpc.com
srajan@bbmlawpc.com

MICHAEL T. SMALL (P33650)
HARVEY KRUSE, P.C.
Attorneys for Defendant Sentinel
3210 Eagle Run Drive NE, Suite 204
Grand Rapids, MI 49525
(616) 771-0050
msmall@harveykruse.com
jschafer@harveykruse.com

GREGORY I. THOMAS (P32488)
DICKIE MCCAMEY & CHILCOTE
Attorneys for LR Windsor, Inc.
89 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI 48236
(313) 308-2040
gthomas@dmclaw.com

## NOTICE TO VAN BUREN COUNTY CIRCUIT COURT OF REMOVAL TO

## THE UNITED STATES DISTRICT COURT

To:    Clerk of the Van Buren County Circuit Court and all counsel

Defendant hereby files, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, with the Clerk

of the Circuit Court for the County of Van Buren, State of Michigan, this Notice of Removal in

this case from the Circuit Court for the County of Van Buren, State of Michigan, to the United

States District Court, Western District of Michigan.

Respectfully submitted,

HARVEY KRUSE, P.C.
Attorneys for Defendant

Dated: February 12, 2024    By:

Michael T. Small (P33650)
3210 Eagle Run Drive NE, Suite 204
Grand Rapids, MI 49525
(616) 771-0050

## CERTIFICATE OF SERVICE

Julie Schafer certifies that on **February 12, 2024,** I caused a copy of the following documents: **Notice to Van Buren County Circuit Court of Removal to the United States District Court, Western District of Michigan** to be filed with the Clerk of the Court by placing same in the United States Postal Service and emailing copies of same to Mary Mahoney, Sara Gorman Rajan and Gregory I. Thomas at their addressed noted above.

Julie Schafer

2