UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LUCKY GIRL BREWING COMPANY – CROSS ROADS LLC, a Michigan limited liability company, | Case No. 1:24-cv-00140-PLM-SJB |
| Plaintiff | HONORABLE PAUL L. MALONEY, U.S. DISTRICT COURT JUDGE |
| v. | |
| LR WINDSOR, INC., an Illinois Corporation, and SENTINEL INSURANCE COMPANY, LTD., a Connecticut Corporation, | |
| Defendants. | |

**ORDER FOR DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS
AS TO DEFENDANT LR WINDSOR, INC. ONLY**

**THE COURT,** having reviewed the stipulation of counsel, below, and being otherwise fully advised in the premises;

**NOW, THEREFORE,** it is hereby Ordered and Adjudged that Plaintiff's claims in this matter against Defendant LR Windsor, Inc., only, be and the same is hereby **DISMISSED WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY;**

**IT IS SO ORDERED.**

Date: _____          _____
                               Hon. Paul L. Maloney, United States
                               District Court Judge

### *This is a not a Final Order and does not Close the Case*

*Stipulated and Agreed as to Form and Substance by:*

*/s/ Mary A. Mahoney w/permission 12/4/24*        */s/  Gregory I. Thomas*
Mary A. Mahoney (P41568)                           Gregory I. Thomas (P32488)
*Attorney for Plaintiff*                           *Attorney for Defendant LR Windsor, Inc.*

32575326.1