UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCKY GIRL BREWING COMPANY –
CROSS ROADS, LLC, a Michigan limited
liability company,

Case No.: 1:24-cv-00140-PLM
HON. PAUL L. MALONEY

Plaintiff,

v

~~LR WINDSOR, INC., an Illinois
Corporation~~, and SENTINEL INSURANCE
COMPANY, LTD., a Connecticut corporation,

Defendants.

---

MARY A. MAHONEY (P41568)
SARA GORMAN RAJAN (P66203)
BROWN BORKOWSKI & MORROW
Attorney for Plaintiff
37887 West Twelve Mile Road
Farmington Hills, MI 48331
(248)987-4040
mmahoney@bbmlawpc.com
srajan@bbmlawpc.com

MICHAEL T. SMALL (P33650)
HARVEY KRUSE, P.C.
Attorneys for Defendant Sentinel
3210 Eagle Run Drive NE, Suite 204
Grand Rapids, MI 49525
(616) 771-0050
msmall@harveykruse.com
jschafer@harveykruse.com

~~GREGORY I. THOMAS (P32488)
DICKIE MCCAMEY & CHILCOTE
Attorneys for LR Windsor, Inc.
120 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI 48236
(313) 308-2040
gthomas@dmclaw.com~~

---

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

At a session of said Court held in the Western
District of Michigan, on
August 6, 2025    .

PRESENT: HON. PAUL L. MALONEY
United States District Judge

1

NOW COME the parties, by and through their counsel of record, and as a result of the parties' Settlement Agreement, hereby stipulate and agree that plaintiff's Complaint shall be dismissed with prejudice and without costs to any party.

IT IS HEREBY ORDERED that upon the above stipulation of the parties, the plaintiff's Complaint is dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**

**This Order is a Final Order and closes the case.**

_/s/ Paul L. Maloney_
Hon. Paul L. Maloney

**APPROVED AS TO FORM:**

Mary A. Mahoney (P41568)
Attorney for Plaintiff

Michael T. Small (P33650)
Attorney for Defendant

Dated: August 1, 2025

Dated:  August 1, 2025

2